# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELVA SEARY for EFRAIN AMARO,**

       **Plaintiff,**

**-vs-**                          **Case No. 6:01-cv-886-Orl-DAB**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

       **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEY'S FEES (Doc. No. 42)** |
| **FILED:** | **May 2, 2005** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |
| **MOTION:** | **UNOPPOSED MOTION FOR ATTORNEY FEES (Doc. No. 43)** |
| **FILED:** | **May 9, 2005** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

This motion follows the Court's award of judgment in favor of Plaintiff, rendered after a sentence six remand (Doc. Nos. 15, 40-41).

Pursuant to the Equal Access to Justice Act, a party can recover an award of attorney's fees against the government provided that the party seeking the award is the prevailing party; the application for such fees, including an itemized justification for the amount sought, is timely filed; the position of the government is not substantially justified; and no special circumstances are present which would make an award unjust.  28 U.S.C. § 2412(d)(1)(A).

The unopposed motion seeks an award of attorney's fees in the amount of $3,400.24 calculated at the rate of $142.18 for 2.45 hours of work performed in 2001, $144.43 for 1.70 hours of work performed in 2002, $47.73 for 1.20 hours of work performed in 2003, and a rate of $151.65 for 15.45 hours of work performed in 2004, and $153.10 for 1.90 hours of work performed in 2005.  The motion also seeks an award of expenses in the total amount of $48.75 and costs in the amount of $150.00.  Upon review of the supporting papers filed by Plaintiff and there being no objection by the Defendant, the Court finds that the request is reasonable and an award is appropriate under the EAJA.[1]

The motion is therefore **granted** and the Clerk is directed to enter judgment in the amount of **$3,400.24** for attorney's fees, **$150.00** in costs, and **$34.75** in expenses.

**DONE** and **ORDERED** in Orlando, Florida on May 10, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] The Court notes that the itemization of services includes a .20 hour entry on 1/31/2003 for "receipt and review order of Appeals Council remanding case."  This service was not provided in connection with the proceedings before this Court, and should therefore not be included in the bill.  Absent any objection by the Commissioner, however, the Court assumes the impropriety is waived.